

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00443-CV

**IN RE ALFARO OIL & GAS, LLC,**
Pinnacle Financial Partners Corporation, and Brian Alfaro

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Justice
 Marialyn Barnard, Justice
 Luz Elena D. Chapa, Justice

Delivered and Filed:  August 7, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On July 12, 2013, Relators Alfaro Oil & Gas, LLC, Pinnacle Partners Financial Corporation and Brian Alfaro filed a petition for writ of mandamus. On July 22, 2013, Relators filed a motion for stay of the sanctions order pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to stay the sanctions order are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-12-315, styled *Leland Rogness v. Alfaro Oil & Gas, LLC, Pinnacle Partners Financial Corporation, and Brian Alfaro, Individually*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.